# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 21-00350-JLS (JDEx) | Date | June 3, 2021 |
|---|---|---|---|
| Title | Dwain Lammey v. Saikabir Hospitality LLC | | |

**Present: The Honorable** JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** None Present

**Attorneys Present for Defendants:** None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE

The Court, having been advised that this action has been resolved by a Stipulation to Dismiss Case [18], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk  mku